No. 02–11087. COX v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–11088. MOORE v. JOHNSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–11089. MORRISON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–11090. PAKALINSKY v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–11091. ODION v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11092. HAUFLER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–11093. HUNT, AKA SCOTT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–11094. HOLMES v. SUPREME COURT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–11095. JAVIER GUTIERREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11096. PEREZ GOMEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11097. HERAS-MONTOYA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11100. SMILER v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 02–11101. WILLIAMS v. SAUNDERS, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–11102. BEAS-NUNEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11103. BALLARD v. FAHEY, CHAIRPERSON, VIRGINIA PAROLE BOARD. C. A. 4th Cir. Certiorari denied.